# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **CHEMOIL CORPORATION,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **PROFUEL, LLC,** § <br> § <br> Defendant. § <br> § | **CIVIL ACTION NO.: 6:20-cv-00828** <br><br> **JURY TRIAL DEMANDED** |

### PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff Chemoil Corporation, by and through its counsel, pursuant to Fed. R. Civ. P. 7.1, hereby discloses that:

1. Chemoil Corporation is a wholly-owned subsidiary of Chemoil Terminals Corporation; and

2. Glencore plc is a public company that beneficially owns 10% or more of Chemoil Corporation's stock.

Dated:  September 10, 2020

**BRACEWELL LLP**

/s/ *Michael Chibib*
Michael Chibib
Texas Bar No. 00793497
michael.chibib@bracewell.com
Conor M. Civins
Texas Bar No. 24040693
conor.civins@bracewell.com
Matthew Gates
Texas Bar No. 24069770
matt.gates@bracewell.com
111 Congress Ave., Suite 2300
Austin, Texas 78701
Telephone: (512) 494-3635

*Counsel for Plaintiff Chemoil Corporation*